**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHARLES IZAC,                            )       NO. CV 14-2040-PA(E)
                                         )
            Petitioner,                  )
                                         )       ORDER ACCEPTING FINDINGS,
      v.                                 )
                                         )       CONCLUSIONS AND RECOMMENDATIONS
UNKNOWN WARDEN,                          )
                                         )       OF UNITED STATES MAGISTRATE JUDGE
            Respondent.                  )
                                         )
_____ )


     Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Petition, all of the records herein and the attached Report and
Recommendation of United States Magistrate Judge.  Further, the Court
has engaged in a <u>de novo</u> review of those portions of the Report and
Recommendation to which any objections have been made.  The Court
accepts and adopts the Magistrate Judge's Report and Recommendation.


     IT IS ORDERED that Judgment be entered denying and dismissing the
Petition without prejudice.

///

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner.

4

5      LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7      DATED:  _May 6, 2014

8

9

10      _____

11           PERCY ANDERSON
         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28